

## ATTACHMENT A-STATEMENT OF FACTS

*The undersigned parties hereby stipulate and agree that if this case had proceeded to trial, government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

At all times relevant to this case, defendant **JAMES CONNOLLY** was a resident of Fort Washington, Maryland.

On September 16, 2009, **CONNOLLY**, utilizing the screenname "Oldman7448," distributed 30 images depicting children engaged in sexually explicit conduct to an undercover agent through a file share program. The following is an example of one of the files **CONNOLLY** distributed:

* New! Pedo 9Yo Tori 01 Lsm Kdquality Childlover Pthc Kidzilla 07.jpg, which depicts a naked pre-pubescent female lying on her back with her legs spread open, bending at both knees with her genitalia exposed.

On October 19, 2009, **CONNOLLY**, utilizing the screenname "oldman7448," distributed 15 image files depicting children engaged in sexually explicit conduct to an undercover agent through a file share program. The following is an example of one of the files **CONNOLLY** distributed:

* IM000020a.jpg, which depicts a pubescent male performing oral sex on an adult male.

On December 7, 2009, **CONNOLLY**, utilizing the screenname "Oldman7448," distributed 78 image files depicting children engaged in sexually explicit conduct to an undercover agent through a file share program. The following is an example of one of the files **CONNOLLY** distributed:

* 13306-072.jpg, which depicts a naked pre-pubescent female is sitting with her legs spread open and touching her exposed genitalia.

On April 7, 2010, after agents of the Federal Bureau of Investigation conducting undercover online investigations into individuals utilizing file share programs to knowingly access, receive, and distribute child pornography determined that **CONNOLLY** had distributed the files described above, they obtained and executed a federal search warrant that was executed at **CONNOLLY**'s residence. **CONNOLLY** was advised of his rights and voluntarily waived them. He was interviewed and admitted to downloading and viewing child pornography for approximately 20 years. **CONNOLLY** also confessed to utilizing the screenname "Oldman7448" on the file share program under investigation and making his child pornography available for others to download. **CONNOLLY** advised that he preferred images of children aged 10 to 15 years, both boys and girls. **CONNOLLY** also told agents that he deleted any images of adults and preferred "kid on kid" images of child pornography. **CONNOLLY** viewed child pornography to stop himself from molesting children and

masturbated to the images.

During the search, **CONNOLLY**'s computers and other digital media items were seized and forensically examined. The computers and hard drives utilized by **CONNOLLY** contained approximately 50,000 images and 490 videos depicting children engaged in sexually explicit conduct. The following are examples of images present on **CONNOLLY**'s seized digital media on April 7, 2010:

* IM000000a.jpg, which depicts a pubescent male performing oral sex on an adult male.

* 9yo Tori - 028.jpg, which depicts a pre-pubescent female's face next to an adult male's penis.

* DSCN3654.jpg, which depicts a naked prepubescent female sitting on a chair with her legs spread open, bent at both knees, with her genitalia exposed.

The images and videos depict real children engaged in sexually explicit conduct. The images downloaded onto the defendant's computer were transported through the Internet and therefore traveled in interstate commerce.

\* \* \*

I have read this statement of facts, and carefully reviewed it with my attorney. I acknowledge that it is true and correct.

4-05-11
Date

James Connolly